UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                                          Case No. 13-cr-43-PB

<u>Timothy Lafond</u>

**O R D E R**

    The defendant has moved to continue the August 20, 2013 trial in the above case, citing the need for additional time to engage in plea negotiations or prepare for trial.

    Accordingly, for the above reason and in order to allow the parties additional time to properly prepare for trial, the court agrees to continue the trial from August 20, 2013 to November 5, 2013.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

    The August 5, 2013 final pretrial conference is continued to October 23, 2013 at 3:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

July 25, 2013

cc:   James Moir, Esq.
      John Farley, AUSA
      United States Marshal
      United States Probation